952 F.2d 1392
 Greiss (Gamal)
v.
Main Line Auto Wash, Meeham (James), Richards (John H.,
Brad), Andretti Enterprises, Inc., Hanna Car Wash
International, a/k/a Hanna Industries, Peugot, Incorporated,
Budrigh Equipment, Karakelian (Gary), Cacciolla (Frank),
Builder Peugot Motors of America, Inc., a/k/a Peugot,
Incorporated, a/k/a Peugot v. R.E. Mc Connell Associates
 NO. 90-1888
 United States Court of Appeals,
Third Circuit.
 Dec 19, 1991
 
 Appeal From: E.D.Pa.,
 Buckwalter, J.
 
 
 1
 AFFIRMED.